### J. A. EARP v. STATE. (No. 13053.)

Court of Criminal Appeals of Texas. Nov. 6, 1929.

H. V. Davis, of Gilmer, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for driving a motor vehicle on a public highway while under the influence of intoxicating liquor; punishment, a fine of $250 and 30 days in the county jail.

The record is here without bills of exception or statement of facts. Appellant pleaded guilty. No questions are here presented for review.

The judgment will be affirmed.

■

### J. L. GAUSE, Appellant, v. STATE of Texas, Appellee. (No. 13096.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

J. G. Minkert, of Bryan, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, forgery; penalty, three years in the penitentiary.

As neither a statement of facts nor any bill of exception accompanies the record, nothing is presented for review. We note, however, that the sentence runs three years, which does not comply with the indeterminate sentence law. The sentence is accordingly reformed, so that the punishment of appellant shall be confinement in the penitentiary for not less than two nor more than three years, and, as reformed, will be affirmed.

Reformed, and affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

### Domicio GUERRA, Appellant, v. STATE of Texas, Appellee. (No. 13040.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

K. K. Woodley, of Sabinal, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, five years.

The record contains neither statement of facts nor any bill of exception. Appellant presents nothing for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

### J. H. HILL, Appellant, v. STATE of Texas, Appellee. (No. 13120.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

G. W. Dunaway, of Midland, and Joseph A. Seymour, of Fort Worth, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, murder; penalty, 35 years in the penitentiary.

Appellant in due form has filed an affidavit asking that his appeal be dismissed. In accordance with such request the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.